THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANNIE McCULLUMN, NANCY RAMEY and TAMI ROMERO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VANCOUVER HOUSING AUTHORITY,<br><br>Defendant. | CLASS ACTION<br><br>Case No. 3:15-cv-05150-RBL<br><br>ORDER PROVISIONALLY CERTIFYING SETTLEMENT CLASSES, PRELIMINARILY APPROVING PROPOSED CLASS ACTION SETTLEMENT, APPROVING CONTENT AND METHOD OF PROVIDING CLASS NOTICE, AND SETTING SCHEDULE FOR HEARING ON FINAL SETTLEMENT APPROVAL AND ATTORNEYS' FEE AWARD AND EXPENSES |

This matter came before the Court for consideration of the Plaintiffs' Motion for Provisional Certification of the Settlement Classes, Preliminary Approval of the Proposed Class Action Settlement, and Approval of Notice Plan ("Motion") made by Plaintiffs Annie McCullumn, Nancy Ramey, and Tami Romero. The Defendant Vancouver Housing Authority ("VHA") has informed the Court that VHA is not opposed to entry of this Order.

ORDER PRELIMINARILY
APPROVING CLASS ACTION SETTLEMENT - 1
[Case No. 3:15-cv-05150-RBL]

Columbia Legal Services
711 Capitol Way S #304
Olympia, WA  98501
(360) 943-6260
(360) 754-4578 (fax)

The Court, having considered the Motion, the declarations filed in support of the Motion, the Settlement Agreement with its exhibits, and all other matters properly before the Court, HEREBY ORDERS:

1. Pursuant to Federal Rule of Civil Procedure 23(c), the Court will provisionally certify both proposed Settlement Classes for settlement purposes only.

2. The Damages Class is being provisionally certified under Federal Rule of Civil Procedure 23(b)(3) and shall be defined as all adult heads of household who (a) executed a lease and resided in Public Housing owned by VHA between April 1, 2004 and April 30, 2011; (b) paid an income-based or minimum rent; and (c) were responsible for tenant-paid utilities. The Court makes the following preliminary findings of fact and conclusions of law regarding the Damages Class (for settlement purposes only):

    a. The Damages Class is sufficiently definite;

    b. The Damages Class consists of close to nine hundred households and is so numerous that joinder of all members of the Damages Class is impracticable;

    c. There are questions of law and fact common to the members of the Damages Class;

    d. The proposed Class Representatives for the Damages Class are Annie McCullumn and Nancy Ramey. Their claims are typical of the claims of the members of the Damages Class;

    e. Plaintiffs Annie McCullumn and Nancy Ramey and their counsel have fairly and adequately represented and protected the interests of the Damages Class and will continue to do so;

    f. Questions of law or fact common to Damages Class members predominate over any questions affecting only individual members, and a class action is superior to other available methods for fairly and efficiently adjudicating this controversy, in that:

ORDER PRELIMINARILY
APPROVING CLASS ACTION SETTLEMENT - 2
[Case No. 3:15-cv-05150-RBL]

Columbia Legal Services
711 Capitol Way S #304
Olympia, WA 98501
(360) 943-6260
(360) 754-4578 (fax)

      i.      Members of the Damages Class do not have an overriding interest in individually controlling the prosecution of separate actions;

      ii.      The economic damages suffered by individual Damages Class members are modest compared to the expense and burden of individual litigation, making it impractical for individual class members to seek redress for the alleged violations;

      iii.      No other litigation concerning this controversy has been commenced by any Damages Class member;

      iv.      Concentration of litigation is desirable so that all claims can be resolved in one forum; and

      v.      A class action under Federal Rule of Civil Procedure 23(b)(3) can be maintained here without undue difficulty;

    g.    Plaintiffs Annie McCullumn and Nancy Ramey have standing, will adequately represent the Damages Class, have no conflict of interests with Class Members, and should be appointed Class Representatives for the Damages Class; and

    h.    Columbia Legal Services and its attorneys are qualified, competent counsel with sufficient resources, who have fairly and adequately represented the interests of the Damages Class, will continue to do so, and should be appointed Class Counsel for the Damages Class.

    3.    The Declaratory and Injunctive Relief Class is being provisionally certified under Federal Rule of Civil Procedure 23(b)(2) and shall be defined as all adult heads of households who (a) executed a lease and currently reside in Public Housing or Covered Housing owned by VHA at the time the Court enters a Final Order and Judgment, or who will execute a lease and reside in Public Housing when the non-monetary relief provisions of Subsection 3.7 of the Settlement Agreement remain in effect; (b) pay or will pay an income-based or minimum rent; and (c) are or will be responsible for tenant-paid utilities.

ORDER PRELIMINARILY
APPROVING CLASS ACTION SETTLEMENT - 3
[Case No. 3:15-cv-05150-RBL]

Columbia Legal Services
711 Capitol Way S #304
Olympia, WA  98501
(360) 943-6260
(360) 754-4578 (fax)

The Court makes the following preliminary findings of fact and conclusions of law regarding the Declaratory and Injunctive Relief Class (for settlement purposes only):

    a.    The Declaratory and Injunctive Relief Class is sufficiently definite;

    b.    The Declaratory and Injunctive Relief Class consists of more than two hundred households and an unknown number of future class members making joinder of all members of the Declaratory and Injunctive Relief Class impracticable;

    c.    There are questions of law and fact common to the members of the Declaratory and Injunctive Relief Class;

    d.    The proposed Class Representatives for the Declaratory and Injunctive Relief Class are Nancy Ramey and Tami Romero. Their claims are typical of the claims of the members of the Declaratory and Injunctive Relief Class;

    e.    Plaintiffs Nancy Ramey and Tami Romero and their counsel have fairly and adequately represented and protected the interests of the Declaratory and Injunctive Relief Class and will continue to do so;

    f.    The alleged acts or omissions of Defendant VHA which are at issue in this litigation apply generally to the Declaratory and Injunctive Relief Class, so that final injunctive relief or corresponding declaratory relief is appropriate with respect to the Declaratory and Injunctive Relief Class as a whole;

    g.    Plaintiffs Nancy Ramey and Tami Romero have standing, will adequately represent the Declaratory and Injunctive Relief Class, have no conflict of interests with Class Members, and should be appointed Class Representatives for the Declaratory and Injunctive Relief Class; and

    h.    Columbia Legal Services and its attorneys are qualified, competent counsel with sufficient resources, who have fairly and adequately represented the interests of the Declaratory and

ORDER PRELIMINARILY
APPROVING CLASS ACTION SETTLEMENT - 4
[Case No. 3:15-cv-05150-RBL]

Columbia Legal Services
711 Capitol Way S #304
Olympia, WA  98501
(360) 943-6260
(360) 754-4578 (fax)

1  Injunctive Relief Class, will continue to do so, and should be appointed Class Counsel for the
2  Declaratory and Injunctive Relief Class.

3      4.    The Court finds that the Settlement Agreement was the result of informed, non-collusive,
4  protracted, and arm's length negotiations between competent counsel assisted by the Hon. Terrence
5  Carroll (ret.); that it falls within the range of reasonableness; and that it treats all Class Members fairly.
6  The Settlement Agreement appears to the Court on its face to be fair, adequate, and reasonable.  The
7  Court therefore grants preliminary approval of the Settlement Agreement, and its terms are conditionally
8  approved, subject to final approval at the Fairness Hearing.

9      5.    The Court, for purposes of this Order, adopts the definitions set forth in the Settlement
10  Agreement.  All capitalized terms in this Order shall have the same meaning as in the Settlement
11  Agreement.

12      6.    The Court approves the proposed method of dissemination of notice set forth in the
13  Settlement Agreement.  The Court approves the content and distribution of the Notice of Proposed Class
14  Action Settlement and Right to Opt-Out with a standardized cover letter (attached hereto as Exhibits 1
15  and 2, respectively) and the Summary Notice (attached hereto as Exhibit 3).  These documents and the
16  method of dissemination of notice meet the requirements of due process and Federal Rules of Civil
17  Procedure 23(c)(2) and 23(e)(1) and are reasonable and the best notice that is practicable under the
18  circumstances.  The Notice of Proposed Class Action Settlement and Right to Opt-Out, standardized
19  cover letter, and Summary Notice provide the members of the proposed classes with the information
20  necessary to make an informed decision as to whether they should exclude themselves from the
21  proposed Settlement Classes or object to the approval of the proposed Settlement Agreement.  The
22  Notice of Proposed Class Action Settlement and Right to Opt-Out shall be mailed with the standardized
23  cover letter to Class Members within thirty (30) Days of the date of this Order, as set forth in the
24

ORDER PRELIMINARILY
APPROVING CLASS ACTION SETTLEMENT - 5
[Case No. 3:15-cv-05150-RBL]

Columbia Legal Services
711 Capitol Way S #304
Olympia, WA  98501
(360) 943-6260
(360) 754-4578 (fax)

Settlement Agreement. The Summary Notice shall be published in VHA's Resident Newsletter and *The Columbian* newspaper and posted by both VHA and Class Counsel on their respective websites, as set forth in the Settlement Agreement.

7. Class Counsel shall hold at least two meetings for Class Members as set forth in the Settlement Agreement to discuss the terms and conditions of the proposed settlement and their right to opt out or exclude themselves from the Damages Class, to object to the proposed settlement, and to appear at the Fairness Hearing.

8. VHA shall notify the appropriate federal and state officials pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715.

9. Any member of the Damages Class who wishes to opt out or exclude him or herself from the Damages Class to retain his or her right to bring a separate action against VHA shall send a completed Opt-Out Form (attached to the Notice of Proposed Class Action Settlement and Right to Opt-Out) by first-class mail, postage prepaid, to Class Counsel, postmarked no later than thirty (30) Days before the Fairness Hearing. Any member of the Damages Class who fails to opt out or exclude him or herself from the Damages Class by this deadline shall waive and forfeit any and all rights he or she may have to opt out or be excluded from the Damages Class, and shall be bound by all terms of the Settlement Agreement and by all proceedings, orders, and judgments in this Action.

10. Any Class Member who wishes to object to the fairness, reasonableness, or adequacy of the Settlement Agreement must send a written statement setting forth his or her objection(s) by first-class mail, postage prepaid, to the Court, Class Counsel, and VHA's Counsel, postmarked no later than thirty (30) Days before the Fairness Hearing. The written statement must include (a) the Class Member's name, address, and telephone number; (b) information demonstrating that the party objecting is a member of one of the Settlement Classes; (c) the reasons why the Class Member objects to the

ORDER PRELIMINARILY
APPROVING CLASS ACTION SETTLEMENT - 6
[Case No. 3:15-cv-05150-RBL]

Columbia Legal Services
711 Capitol Way S #304
Olympia, WA 98501
(360) 943-6260
(360) 754-4578 (fax)

settlement; and (d) any evidence and legal authority the Class Member wishes to bring to the Court's attention in support of his or her objection(s).

11. Class Members may raise an objection either on their own or through an attorney hired at their own expense, but a Class Member's hiring of an attorney shall not extend any of the deadlines set forth in this Order. If a Class Member hires an attorney other than Class Counsel to represent him or her, the attorney must, no later than thirty (30) Days before the Fairness Hearing, file and serve a notice of appearance. Class Members or their attorneys intending to appear and speak at the Fairness Hearing must send a notice of their intention to do so by first-class mail, postage prepaid, to the Court, Class Counsel, and VHA's Counsel, postmarked no later than thirty (30) Days before the Fairness Hearing.

12. Any Class Member who fails to comply with paragraphs 10 through 11 above shall waive and forfeit any and all rights he or she may have to object to the settlement or to speak at the Fairness Hearing.

13. The Parties shall file any responses to objections no later than seven (7) Days before the Fairness Hearing.

14. The motion for approval of Class Counsel's attorneys' fees and costs, including Class Representative incentive payments, if any, shall be filed with the Court and posted on Columbia Legal Services' website no later than sixty (60) Days before the Fairness Hearing. Any objections or opposition to this motion shall be filed with the Court no later than thirty (30) Days before the Fairness Hearing. Any reply in support of this motion shall be filed with the Court no later than seven (7) Days before the Fairness Hearing.

15. The Fairness Hearing shall be conducted on **July 31, 2015 at 1:30 p.m.** The Fairness Hearing shall take place in Tacoma Courtroom B, at the United States District Court for the Western District of Washington at Tacoma, 1717 Pacific Avenue, Tacoma, Washington 98402-3200. At the

ORDER PRELIMINARILY
APPROVING CLASS ACTION SETTLEMENT - 7
[Case No. 3:15-cv-05150-RBL]

Columbia Legal Services
711 Capitol Way S #304
Olympia, WA  98501
(360) 943-6260
(360) 754-4578 (fax)

Fairness Hearing, the Court will consider whether to: (a) grant final certification of the Settlement Classes; (b) sustain or overrule any objections to the proposed settlement; (c) approve the settlement as final, fair, reasonable, adequate and binding on all Class Members (other than opt-outs); (d) approve the payment of reasonable attorneys' fees and costs for Class Counsel and incentive payments to the Class Representatives, if any, pursuant to Subsection 3.8 of the Settlement Agreement; (e) order the release of all Class Members' claims pursuant to Section 11 of the Settlement Agreement with prejudice; and (f) enter the Final Order and Judgment in accordance with the Settlement Agreement.

16. Pending further orders by this Court, all proceedings and case scheduling deadlines in this Action, other than proceedings pursuant to this Order, shall be and hereby are stayed.

17. If the Settlement Agreement is not finally approved, or if the Effective Date does not occur for any reason, (1) the preliminary findings of fact and conclusions of law set forth in this Order shall be of no further force or effect; (2) the provisions of the Settlement Agreement pertaining to termination will apply; and (3) the Parties shall jointly request a status conference with the Court to establish a case schedule.

DATED this 23rd day of April, 2015.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

COLUMBIA LEGAL SERVICES


 s/ Gregory D. Provenzano
Gregory, D. Provenzano, WSBA #12794
Merf Ehman, WSBA #29231

ORDER PRELIMINARILY
APPROVING CLASS ACTION SETTLEMENT - 8
[Case No. 3:15-cv-05150-RBL]

Columbia Legal Services
711 Capitol Way S #304
Olympia, WA 98501
(360) 943-6260
(360) 754-4578 (fax)

PERKINS COIE LLP

*s/ Brendan Peters*_____
Brendan Peters, WSBA No. 34490
Kaustuv M. Das, WSBA No. 34411

ATTORNEYS FOR PLAINTIFFS


APPROVED FOR ENTRY:


*s/ Adrian Urquhart Winder*____
Adrian Urquhart Winder, WSBA #38071
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: winda@foster.com

ATTORNEYS FOR DEFENDANT
VANCOUVER HOUSING AUTHORITY

ORDER PRELIMINARILY
APPROVING CLASS ACTION SETTLEMENT - 9
[Case No. 3:15-cv-05150-RBL]

Columbia Legal Services
711 Capitol Way S #304
Olympia, WA  98501
(360) 943-6260
(360) 754-4578 (fax)