# **Attachment 1**

**Attachment 1**

**List of Individuals Who Excluded Themselves from Damages Class**

Vladimir Nikolayev

Crystal Spaulding

# **Attachment 2**

**Vancouver Housing Authority Public Housing Inventory By Project, Unit Number & Address Governed by Settlement Agreement, as of July 31, 2015**

| Project | Unit # | Address | BR | Type |
|---------|--------|---------|-----|------|
| 8-1 | 500001 | 508 OMAHA WAY | 1 | 2+ |
| 8-1 | 500002 | 510 OMAHA WAY | 1 | 2+ |
| 8-1 | 500003 | 514 OMAHA WAY | 1 | 2+ |
| 8-1 | 500004 | 512 OMAHA WAY | 1 | 2+ |
| 8-1 | 500005 | 518 OMAHA WAY | 1 | 2+ |
| 8-1 | 500006 | 520 OMAHA WAY | 1 | 2+ |
| 8-1 | 500007 | 524 OMAHA WAY | 1 | 2+ |
| 8-1 | 500008 | 522 OMAHA WAY | 1 | 2+ |
| 8-1 | 500009 | 600 OMAHA WAY | 1 | 2+ |
| 8-1 | 500010 | 604 OMAHA WAY | 1 | 2+ |
| 8-1 | 500011 | 606 OMAHA WAY | 1 | 2+ |
| 8-1 | 500012 | 602 OMAHA WAY | 1 | 2+ |
| 8-1 | 500013 | 608 OMAHA WAY | 1 | 2+ |
| 8-1 | 500014 | 610 OMAHA WAY | 1 | 2+ |
| 8-1 | 500015 | 614 OMAHA WAY | 1 | 2+ |
| 8-1 | 500016 | 612 OMAHA WAY | 1 | 2+ |
| 8-1 | 500017 | 618 OMAHA WAY | 2 | 4PLEX |
| 8-1 | 500018 | 616 OMAHA WAY | 2 | 4PLEX |
| 8-1 | 500019 | 622 OMAHA WAY | 2 | 4PLEX |
| 8-1 | 500020 | 620 OMAHA WAY | 2 | 4PLEX |
| 8-1 | 500021 | 624 OMAHA WAY | 3 | 2+ |
| 8-1 | 500022 | 626 OMAHA WAY | 3 | 2+ |
| 8-1 | 500023 | 628 OMAHA WAY | 3 | 2+ |
| 8-1 | 500024 | 629 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500025 | 627 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500026 | 625 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500027 | 623 COUNCIL BLUFFS WAY | 4 | 2+ |
| 8-1 | 500028 | 621 COUNCIL BLUFFS WAY | 4 | 2+ |
| 8-1 | 500029 | 613 COUNCIL BLUFFS WAY | 2 | 4PLEX |
| 8-1 | 500030 | 617 COUNCIL BLUFFS WAY | 2 | 4PLEX |
| 8-1 | 500031 | 619 COUNCIL BLUFFS WAY | 2 | 4PLEX |
| 8-1 | 500032 | 615 COUNCIL BLUFFS WAY | 2 | 4PLEX |
| 8-1 | 500033 | 611 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500034 | 609 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500035 | 605 COUNCIL BLUFFS WAY | 2 | 2+ |
| 8-1 | 500036 | 603 COUNCIL BLUFFS WAY | 2 | 2+ |
| 8-1 | 500037 | 523 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500038 | 521 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500039 | 515 COUNCIL BLUFFS WAY | 3 | 2+ |

**Vancouver Housing Authority Public Housing Inventory By Project, Unit Number & Address Governed by Settlement Agreement, as of July 31, 2015**

| Project | Unit # | Address | BR | Type |
|---------|--------|---------|-----|------|
| 8-1 | 500040 | 513 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500041 | 505 COUNCIL BLUFFS WAY | 4 | 2+ |
| 8-1 | 500042 | 503 COUNCIL BLUFFS WAY | 4 | 2+ |
| 8-1 | 500043 | 6604 WICHITA DRIVE | 1 | 2+ |
| 8-1 | 500044 | 513 OMAHA WAY | 1 | 2+ |
| 8-1 | 500045 | 515 OMAHA WAY | 1 | 2+ |
| 8-1 | 500046 | 6606 WICHITA DRIVE | 1 | 2+ |
| 8-1 | 500047 | 519 OMAHA WAY | 1 | 2+ |
| 8-1 | 500048 | 517 OMAHA WAY | 1 | 2+ |
| 8-1 | 500049 | 521 OMAHA WAY | 1 | 2+ |
| 8-1 | 500050 | 523 OMAHA WAY | 1 | 2+ |
| 8-1 | 500051 | 601 OMAHA WAY | 1 | 2+ |
| 8-1 | 500052 | 603 OMAHA WAY | 1 | 2+ |
| 8-1 | 500053 | 607 OMAHA WAY | 1 | 2+ |
| 8-1 | 500054 | 605 OMAHA WAY | 1 | 2+ |
| 8-1 | 500055 | 610 COUNCIL BLUFFS WAY | 1 | 2+ |
| 8-1 | 500056 | 609 OMAHA WAY | 1 | 2+ |
| 8-1 | 500057 | 611 OMAHA WAY | 1 | 2+ |
| 8-1 | 500058 | 612 COUNCIL BLUFFS WAY | 1 | 2+ |
| 8-1 | 500059 | 602 COUNCIL BLUFFS WAY | 1 | 2+ |
| 8-1 | 500060 | 608 COUNCIL BLUFFS WAY | 1 | 2+ |
| 8-1 | 500061 | 606 COUNCIL BLUFFS WAY | 1 | 2+ |
| 8-1 | 500062 | 604 COUNCIL BLUFFS WAY | 1 | 2+ |
| 8-1 | 500063 | 520 COUNCIL BLUFFS WAY | 1 | 2+ |
| 8-1 | 500064 | 522 COUNCIL BLUFFS WAY | 1 | 2+ |
| 8-1 | 500065 | 526 COUNCIL BLUFFS WAY | 1 | 2+ |
| 8-1 | 500066 | 524 COUNCIL BLUFFS WAY | 1 | 2+ |
| 8-1 | 500077 | 416 COUNCIL BLUFFS WAY | 2 | 2+ |
| 8-1 | 500078 | 414 COUNCIL BLUFFS WAY | 2 | 2+ |
| 8-1 | 500079 | 410 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500080 | 408 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500081 | 402 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500082 | 400 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500083 | 320 COUNCIL BLUFFS WAY | 2 | 2+ |
| 8-1 | 500084 | 318 COUNCIL BLUFFS WAY | 2 | 2+ |
| 8-1 | 500085 | 312 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500086 | 310 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500087 | 306 COUNCIL BLUFFS WAY | 2 | 2+ |
| 8-1 | 500088 | 304 COUNCIL BLUFFS WAY | 2 | 2+ |

**Vancouver Housing Authority Public Housing Inventory By Project, Unit Number & Address Governed by Settlement Agreement, as of July 31, 2015**

| Project | Unit # | Address | BR | Type |
|---|---|---|---|---|
| 8-1 | 500089 | 300 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500090 | 222 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500091 | 218 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500092 | 215 OMAHA WAY | 3 | 2+ |
| 8-1 | 500093 | 223 OMAHA WAY | 3 | 2+ |
| 8-1 | 500094 | 301 OMAHA WAY | 3 | 2+ |
| 8-1 | 500095 | 307 OMAHA WAY | 3 | 2+ |
| 8-1 | 500096 | 309 OMAHA WAY | 3 | 2+ |
| 8-1 | 500097 | 319 OMAHA WAY | 3 | 2+ |
| 8-1 | 500098 | 321 OMAHA WAY | 3 | 2+ |
| 8-1 | 500099 | 401 OMAHA WAY | 3 | 2+ |
| 8-1 | 500100 | 403 OMAHA WAY | 3 | 2+ |
| 8-1 | 500101 | 409 OMAHA WAY | 2 | 2+ |
| 8-1 | 500102 | 411 OMAHA WAY | 2 | 2+ |
| 8-1 | 500103 | 415 OMAHA WAY | 2 | 2+ |
| 8-1 | 500104 | 417 OMAHA WAY | 2 | 2+ |
| 8-1 | 500107 | 419 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500108 | 6707 WICHITA DRIVE | 3 | 2+ |
| 8-1 | 500109 | 6711 WICHITA DRIVE | 2 | 2+ |
| 8-1 | 500110 | 6713 WICHITA DRIVE | 2 | 2+ |
| 8-1 | 500111 | 313 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500112 | 311 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500113 | 307 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500114 | 305 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500115 | 303 COUNCIL BLUFFS WAY | 4 | 2+ |
| 8-1 | 500116 | 301 COUNCIL BLUFFS WAY | 4 | 2+ |
| 8-1 | 500117 | 221 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500118 | 219 COUNCIL BLUFFS WAY | 3 | 2+ |
| 8-1 | 500119 | 6704 MISSOURI DRIVE | 2 | 4PLEX |
| 8-1 | 500120 | 213 COUNCIL BLUFFS WAY | 2 | 4PLEX |
| 8-1 | 500121 | 215 COUNCIL BLUFFS WAY | 2 | 4PLEX |
| 8-1 | 500122 | 6706 MISSOURI DRIVE | 2 | 4PLEX |
| 8-1 | 500123 | 6703 MISSOURI DRIVE | 3 | 2+ |
| 8-1 | 500124 | 6701 MISSOURI DRIVE | 3 | 2+ |
| 8-1 | 500125 | 6615 MISSOURI DRIVE | 3 | 2+ |
| 8-1 | 500126 | 6613 MISSOURI DRIVE | 3 | 2+ |
| 8-1 | 500127 | 6609 MISSOURI DRIVE | 3 | 2+ |
| 8-1 | 500128 | 200 OMAHA WAY | 3 | 2+ |
| 8-1 | 500129 | 204 OMAHA WAY | 3 | 2+ |

**Vancouver Housing Authority Public Housing Inventory By Project, Unit Number & Address Governed by Settlement Agreement, as of July 31, 2015**

| Project | Unit # | Address | BR | Type |
|---------|--------|---------|-----|------|
| 8-1 | 500130 | 206 OMAHA WAY | 3 | 2+ |
| 8-1 | 500131 | 208 OMAHA WAY | 4 | 2+ |
| 8-1 | 500132 | 210 OMAHA WAY | 4 | 2+ |
| 8-1 | 500133 | 212 OMAHA WAY | 2 | 4PLEX |
| 8-1 | 500134 | 216 OMAHA WAY | 2 | 4PLEX |
| 8-1 | 500135 | 218 OMAHA WAY | 2 | 4PLEX |
| 8-1 | 500136 | 214 OMAHA WAY | 2 | 4PLEX |
| 8-1 | 500137 | 220 OMAHA WAY | 4 | 2+ |
| 8-1 | 500138 | 222 OMAHA WAY | 4 | 2+ |
| 8-1 | 500139 | 302 OMAHA WAY | 3 | 2+ |
| 8-1 | 500140 | 304 OMAHA WAY | 3 | 2+ |
| 8-1 | 500141 | 308 OMAHA WAY | 3 | 2+ |
| 8-1 | 500142 | 310 OMAHA WAY | 3 | 2+ |
| 8-1 | 500143 | 314 OMAHA WAY | 3 | 2+ |
| 8-1 | 500144 | 316 OMAHA WAY | 3 | 2+ |
| 8-1 | 500145 | 322 OMAHA WAY | 3 | 2+ |
| 8-1 | 500146 | 400 OMAHA WAY | 3 | 2+ |
| 8-1 | 500147 | 404 OMAHA WAY | 4 | 2+ |
| 8-1 | 500148 | 406 OMAHA WAY | 4 | 2+ |
| 8-1 | 500149 | 410 OMAHA WAY | 4 | 2+ |
| 8-1 | 500150 | 412 OMAHA WAY | 4 | 2+ |

# Attachment 3

**Vancouver Housing Authority Covered Housing Inventory By Project, Unit Number & Address Governed by Settlement Agreement, as of July 31, 2015**

| Project | Unit # | Address | BR | Type |
|---------|--------|---------|----|----|
| 8-3 | 500251 | 1902-A W. 31ST ST. | 4 | 2+ |
| 8-3 | 500252 | 1902-B W. 31ST ST. | 4 | 2+ |
| 8-3 | 500253 | 1904-B W. 31ST ST. | 4 | 2+ |
| 8-3 | 500254 | 1904-A W. 31ST ST. | 4 | 2+ |
| 8-3 | 500255 | 1908 W. 31ST ST. | 5 | SF |
| 8-3 | 500256 | 1910 W. 31ST ST. | 5 | SF |
| 8-3 | 500257 | 1912-B W. 31ST ST. | 2 | 2+ |
| 8-3 | 500258 | 1912-A W. 31ST ST. | 2 | 2+ |
| 8-3 | 500259 | 1918-B W. 31ST ST. | 2 | 2+ |
| 8-3 | 500260 | 1918-A W. 31ST ST. | 2 | 2+ |
| 8-3 | 500261 | 1916-B W. 31ST ST. | 3 | 2+ |
| 8-3 | 500262 | 1916-A W. 31ST ST. | 3 | 2+ |
| 8-3 | 500263 | 1922-B W. 31ST ST. | 3 | 2+ |
| 8-3 | 500264 | 1922-A W. 31ST ST. | 3 | 2+ |
| 8-3 | 500265 | 1924-B W. 31ST ST. | 2 | 2+ |
| 8-3 | 500266 | 1924-A W. 31ST ST. | 2 | 2+ |
| 8-3 | 500267 | 1926-B W. 31ST ST. | 2 | 2+ |
| 8-3 | 500268 | 1926-A W. 31ST ST. | 2 | 2+ |
| 8-3 | 500269 | 1915-A W. 31ST ST. | 2 | 2+ |
| 8-3 | 500270 | 1915-B W. 31ST ST. | 2 | 2+ |
| 8-3 | 500271 | 1915-C W. 31ST ST. | 2 | 2+ |
| 8-3 | 500272 | 1915-D W. 31ST ST. | 2 | 2+ |
| 8-3 | 500273 | 1915-E W. 31ST ST. | 2 | 2+ |
| 8-3 | 500274 | 1915-F W. 31ST ST. | 2 | 2+ |
| 8-3 | 500275 | 1915-G W. 31ST ST. | 2 | 2+ |
| 8-3 | 500276 | 1915-H W. 31ST ST. | 2 | 2+ |
| 8-3 | 500277 | 1915-I W. 31ST ST. | 2 | 2+ |
| 8-3 | 500278 | 1915-J W. 31ST ST. | 2 | 2+ |
| 8-3 | 500279 | 1915-K W. 31ST ST. | 2 | 2+ |
| 8-3 | 500280 | 1915-L W. 31ST ST. | 2 | 2+ |
| 8-3 | 500281 | 3805 HAZELWOOD DRIVE | 2 | 4PLEX |
| 8-3 | 500282 | 3809 HAZELWOOD DRIVE | 2 | 4PLEX |
| 8-3 | 500283 | 3807 HAZELWOOD DRIVE | 2 | 4PLEX |
| 8-3 | 500284 | 3811 HAZELWOOD DRIVE | 2 | 4PLEX |
| 8-3 | 500285 | 3813 HAZELWOOD DRIVE | 2 | 4PLEX |
| 8-3 | 500286 | 3817 HAZELWOOD DRIVE | 2 | 4PLEX |
| 8-3 | 500287 | 3815 HAZELWOOD DRIVE | 2 | 4PLEX |
| 8-3 | 500288 | 3819 HAZELWOOD DRIVE | 2 | 4PLEX |
| 8-3 | 500289 | 3204-A STAPLETON ROAD | 2 | 2+ |

**Vancouver Housing Authority Covered Housing Inventory By Project, Unit Number & Address Governed by Settlement Agreement, as of July 31, 2015**

| Project | Unit # | Address | BR | Type |
|---------|--------|---------|----|----|
| 8-3 | 500290 | 3204-B STAPLETON ROAD | 2 | 2+ |
| 8-3 | 500291 | 3204-C STAPLETON ROAD | 2 | 2+ |
| 8-3 | 500292 | 3204-D STAPLETON ROAD | 2 | 2+ |
| 8-3 | 500293 | 3204-E STAPLETON ROAD | 2 | 2+ |
| 8-3 | 500294 | 3204-F STAPLETON ROAD | 2 | 2+ |
| 8-3 | 500295 | 3204-G STAPLETON ROAD | 2 | 2+ |
| 8-3 | 500296 | 3204-H STAPLETON ROAD | 2 | 2+ |
| 8-3 | 500297 | 3204-I STAPLETON ROAD | 2 | 2+ |
| 8-3 | 500298 | 3204-J STAPLETON ROAD | 2 | 2+ |
| 8-3 | 500299 | 3204-K STAPLETON ROAD | 3 | 2+ |
| 8-3 | 500300 | 3204-L STAPLETON ROAD | 3 | 2+ |

**Vancouver Housing Authority Covered Housing Inventory By Project, Unit Number & Address Governed by Settlement Agreement, as of July 31, 2015**

| Project | Unit # | Address | BR | Type |
|---------|--------|---------|----|----|
| 8-4 | 500333 | 1311 Z STREET | 1 | 2+ |
| 8-4 | 500334 | 1313 Z STREET | 1 | 2+ |
| 8-4 | 500335 | 1315 Z STREET | 1 | 2+ |
| 8-4 | 500336 | 1317 Z STREEET | 1 | 2+ |
| 8-4 | 500337 | 1319 Z STREET | 2 | 2+ |
| 8-4 | 500338 | 1321 Z STREEET | 2 | 2+ |
| 8-4 | 500339 | 1323 Z STREET | 2 | 2+ |
| 8-4 | 500340 | 1325 Z STREET | 2 | 2+ |
| 8-4 | 500351 | 3510 NE 54TH ST APT A | 1 | 2+ |
| 8-4 | 500352 | 3510 NE 54TH ST APT B | 1 | 2+ |
| 8-4 | 500353 | 3510 NE 54TH ST APT C | 1 | 2+ |
| 8-4 | 500354 | 3510 NE 54TH ST APT D | 1 | 2+ |
| 8-4 | 500355 | 3510 NE 54TH ST APT E | 1 | 2+ |

**Vancouver Housing Authority Covered Housing Inventory By Project, Unit Number & Address Governed by Settlement Agreement, as of July 31, 2015**

| Project | Unit # | Address | BR | Type |
|---------|--------|---------|----|----|
| 8-5 | 500362 | 14203 NE 14TH ST. | 2 | 2+ |
| 8-5 | 500363 | 14201 NE 14TH ST. | 2 | 2+ |
| 8-5 | 500364 | 1400 NE 142ND AVE. | 2 | 2+ |
| 8-5 | 500365 | 1402 NE 142ND AVE. | 2 | 2+ |
| 8-5 | 500366 | 1414 NE 142ND AVE. | 3 | 2+ |
| 8-5 | 500367 | 1412 NE 142ND AVE. | 3 | 2+ |
| 8-5 | 500377 | 1412 Z STREET | 2 | 2+ |
| 8-5 | 500378 | 1414 Z STREET | 2 | 2+ |
| 8-5 | 500379 | 1416 Z STREET | 2 | 3PLEX |
| 8-5 | 500380 | 1418 Z STREET | 2 | 3PLEX |
| 8-5 | 500381 | 1420 Z STREET | 2 | 3PLEX |

**Vancouver Housing Authority Covered Housing Inventory By Project, Unit Number & Address Governed by Settlement Agreement, as of July 31, 2015**

| Project | Unit # | Address | BR | Type |
|---|---|---|---|---|
| 8-7 | 500392 | 3504A NE 54TH ST. | 2 | 4PLEX |
| 8-7 | 500393 | 3504B NE 54TH ST. | 2 | 4PLEX |
| 8-7 | 500394 | 3504C NE 54TH ST. | 2 | 4PLEX |
| 8-7 | 500395 | 3504D NE 54TH ST. | 2 | 4PLEX |
| 8-7 | 500396 | 3506A NE 54TH ST. | 2 | 2+ |
| 8-7 | 500397 | 3506B NE 54TH ST. | 2 | 2+ |
| 8-7 | 500398 | 8815A NE 15TH AVE. | 2 | 4PLEX |
| 8-7 | 500399 | 8815B NE 15TH AVE. | 2 | 4PLEX |
| 8-7 | 500400 | 8815C NE 15TH AVE. | 2 | 4PLEX |
| 8-7 | 500401 | 8815D NE 15TH AVE. | 2 | 4PLEX |
| 8-7 | 500402 | 8817A NE 15TH AVE. | 2 | 3PLEX |
| 8-7 | 500403 | 8817B NE 15TH AVE. | 2 | 3PLEX |
| 8-7 | 500404 | 8817C NE 15TH AVE. | 2 | 3PLEX |
| 8-7 | 500405 | 8819A NE 15TH AVE. | 2 | 2+ |
| 8-7 | 500406 | 8819B NE 15TH AVE. | 2 | 2+ |
| 8-7 | 500407 | 11207E NE 49TH ST. | 3 | 5PLEX |
| 8-7 | 500408 | 11207D NE 49TH ST. | 2 | 5PLEX |
| 8-7 | 500409 | 11207C NE 49TH ST. | 2 | 5PLEX |
| 8-7 | 500410 | 11207B NE 49TH ST. | 2 | 5PLEX |
| 8-7 | 500411 | 11207A NE 49TH ST. | 2 | 5PLEX |
| 8-7 | 500412 | 11307D NE 49TH ST. | 2 | 4PLEX |
| 8-7 | 500413 | 11307C NE 49TH ST. | 2 | 4PLEX |
| 8-7 | 500414 | 11307B NE 49TH ST. | 2 | 4PLEX |
| 8-7 | 500415 | 11307A NE 49TH ST. | 2 | 4PLEX |
| 8-7 | 500416 | 11303D NE 49TH ST. | 2 | 4PLEX |
| 8-7 | 500417 | 11303C NE 49TH ST. | 2 | 4PLEX |
| 8-7 | 500418 | 11303B NE 49TH ST. | 2 | 4PLEX |
| 8-7 | 500419 | 11303A NE 49TH ST. | 2 | 4PLEX |
| 8-7 | 500420 | 11205A NE 49TH ST. | 2 | 4PLEX |
| 8-7 | 500421 | 11205B NE 49TH ST. | 2 | 4PLEX |
| 8-7 | 500422 | 11205C NE 49TH ST. | 2 | 4PLEX |
| 8-7 | 500423 | 11205D NE 49TH ST. | 3 | 4PLEX |
| 8-7 | 500424 | 11209A NE 49TH ST. | 2 | 3PLEX |
| 8-7 | 500425 | 11209B NE 49TH ST. | 2 | 3PLEX |
| 8-7 | 500426 | 11209C NE 49TH ST. | 2 | 3PLEX |
| 8-7 | 500427 | 519 SE 132ND AVE | 2 | 2+ |
| 8-7 | 500428 | 517 SE 132ND AVE | 3 | 2+ |
| 8-7 | 500429 | 603 SE 132ND AVE | 2 | 2+ |
| 8-7 | 500430 | 605 SE 132ND AVE | 2 | 2+ |

**Vancouver Housing Authority Covered Housing Inventory By Project, Unit Number & Address Governed by Settlement Agreement, as of July 31, 2015**

| Project | Unit # | Address | BR | Type |
|---------|--------|---------|----|----|
| 8-7 | 500431 | 607 SE 132ND AVE | 2 | 2+ |
| 8-7 | 500432 | 609 SE 132ND AVE | 3 | 2+ |
| 8-7 | 500433 | 613 SE 132ND AVE | 3 | 2+ |
| 8-7 | 500434 | 611 SE 132ND AVE | 3 | 2+ |
| 8-7 | 500435 | 615 SE 132ND AVE | 2 | 2+ |
| 8-7 | 500436 | 617 SE 132ND AVE | 2 | 2+ |
| 8-7 | 500437 | 621 SE 132ND AVE | 3 | 2+ |
| 8-7 | 500438 | 619 SE 132ND AVE | 2 | 2+ |
| 8-7 | 500439 | 1404 NE 142ND AVE | 3 | 2+ |
| 8-7 | 500440 | 1406 NE 142ND AVE | 2 | 2+ |
| 8-7 | 500441 | 1408 NE 142ND AVE | 2 | 2+ |
| 8-7 | 500442 | 1410 NE 142ND AVE | 2 | 2+ |
| 8-7 | 500443 | 14106A NE 10TH ST. | 2 | 2+ |
| 8-7 | 500444 | 14106B NE 10TH ST. | 2 | 2+ |
| 8-7 | 500445 | 14112A NE 10TH ST. | 2 | 2+ |
| 8-7 | 500446 | 14112B NE 10TH ST. | 2 | 2+ |
| 8-7 | 500447 | 1010A NE 142ND AVE | 2 | 5PLEX |
| 8-7 | 500448 | 1010B NE 142ND AVE | 2 | 5PLEX |
| 8-7 | 500449 | 1010C NE 142ND AVE | 2 | 5PLEX |
| 8-7 | 500450 | 1010D NE 142ND AVE | 2 | 5PLEX |
| 8-7 | 500451 | 1010E NE 142ND AVE | 2 | 5PLEX |

**Vancouver Housing Authority Covered Housing Inventory By Project, Unit Number & Address Governed by Settlement Agreement, as of July 31, 2015**

| Project | Unit # | Address | BR | Type |
|---|---|---|---|---|
| 8-8 | 500452 | 1800 CARLSON ROAD | 2 | 2+ |
| 8-8 | 500453 | 1802 CARLSON ROAD | 2 | 2+ |
| 8-8 | 500454 | 1804 CARLSON ROAD | 2 | 2+ |
| 8-8 | 500455 | 1806 CARLSON ROAD | 2 | 2+ |
| 8-8 | 500456 | 1801 CARLSON ROAD | 2 | 2+ |
| 8-8 | 500457 | 1803 CARLSON ROAD | 2 | 2+ |
| 8-8 | 500458 | 1805 CARLSON ROAD | 2 | 2+ |
| 8-8 | 500459 | 1807 CARLSON ROAD | 2 | 2+ |
| 8-8 | 500460 | 1809 CARLSON ROAD | 2 | 2+ |
| 8-8 | 500461 | 1811 CARLSON ROAD | 2 | 2+ |
| 8-8 | 500462 | 1813 CARLSON ROAD | 2 | 2+ |
| 8-8 | 500463 | 1815 CARLSON ROAD | 2 | 2+ |
| 8-8 | 500464 | 1817 CARLSON ROAD | 2 | 2+ |
| 8-8 | 500465 | 1819 CARLSON ROAD | 2 | 2+ |
| 8-8 | 500466 | 1821 CARLSON ROAD | 2 | 2+ |
| 8-8 | 500467 | 1823 CARLSON ROAD | 2 | 2+ |
| 8-8 | 500468 | 1825 CARLSON ROAD | 3 | 2T |
| 8-8 | 500469 | 1827 CARLSON ROAD | 3 | 2T |

# Attachment 4

# Notice of Right to Class Action Settlement Payment

*McCullumn et al. v. Vancouver Housing Authority*, No. 3:15-cv-05150-RBL

**To:** [Tenant Name]                    [Date]
       [Street Address]
       [City], [State], [Zip Code]      VHA Resident ID: [Resident ID]

**Read this notice carefully.** This notice tells you whether you can expect a settlement payment and/or a credit towards a debt you currently owe the Vancouver Housing Authority ("VHA") as a result of a class action lawsuit. It also explains how to appeal if you think a mistake was made in calculating your settlement share, settlement payment or credit or setoff, or you deny owing a debt to VHA. ***All appeals must be received by [Date]***.

**Why am I getting this notice?** Although VHA denies any wrongdoing, the parties recently settled a class action lawsuit. As part of the settlement, VHA agreed to make payments to certain tenants who lived in its Public Housing between April 1, 2004 and April 30, 2011 or to credit such payments to debts allegedly owed VHA. The Court has approved the Settlement Agreement. More information about the lawsuit and settlement is available at www.columbialegal.org/vha-class-settlement.

**Will all tenants get a settlement payment or credit?** Most, but not all, class members are entitled to a payment from the settlement fund. There are some tenants who are not entitled to a settlement share or who will not get a settlement payment because they already received rent refunds or credits exceeding what they would otherwise be owed under the Settlement Agreement.

**What settlement payment or credit will I receive?** The amount of your settlement payment or your credit is shown on the Settlement Information Table at the end of this document.

**When will I get my settlement payment?** VHA will mail your settlement check, if any, within the next 60 days unless you appeal, in which case checks will be mailed after the appeal has been resolved. You or your attorney may want to review the Settlement Agreement or check with Class Counsel before filing an appeal to find out how long this might delay disbursement of your settlement check.

**Important:** If you have moved, please provide your current mailing address to VHA by calling (360) 993-9526.

**What can I do if I think these amounts are wrong?** Your share of the settlement fund has been approved by the Court. You can only contest these amounts if:

    (1) there was a material mistake in VHA's records concerning the dates and duration of your tenancy, the units you rented, or the refunds or credits you got, if any, in January 2010, February 2010, or March 2011 (see the Settlement Information Table at the end of this document for these material facts);

**Questions?  Call 1-800-260-6260 ext. 153 Toll Free, or Visit
www.columbialegal.org/vha-class-settlement**

# Notice of Right to Class Action Settlement Payment

*McCullumn et al. v. Vancouver Housing Authority*, No. 3:15-cv-05150-RBL

(2) you dispute the amount of any setoff that VHA made in March 2011 or plans to take against your share of the settlement fund based on a debt allegedly owed to VHA as shown on the Settlement Information Table at the end of this document. You cannot appeal a debt previously upheld by a court or VHA hearing officer, or where you previously executed a written repayment agreement acknowledging the debt; or

(3) you can show there was a mathematical error in determining your Settlement Payment.

**How do I appeal and what is the deadline for doing so?** If you wish to appeal, you must complete the enclosed Appeal Form and deliver it to VHA by personal delivery, mail, fax, or email by **[Date]**. VHA's contact information is provided in the Appeal Form instructions.

**What happens if I appeal?** You **must** attempt to resolve your appeal by meeting with VHA informally without the necessity of a court hearing. VHA will contact you to schedule this meeting. You may ask to examine any VHA documents directly relevant to your appeal before the meeting. At the conclusion of the settlement meeting, VHA will prepare a report of the outcome of the meeting signed by all the parties and give you a copy. If a settlement is reached at the meeting, it will be reflected in the report, and the appeal is terminated. If the meeting did not resolve the appeal, the report will explain how you can submit your appeal to the Court.

**Where can I get advice about whether to appeal?** Before appealing, you may wish to seek free legal advice by calling the Northwest Justice Project CLEAR Hotline toll-free at 1-888-201-1014 weekdays between 9:00 A.M. and 12:00 Noon or by completing an online application at http://nwjustice.org/clear-online. You should also check for further information on the website of Columbia Legal Services, who was appointed Class Counsel: www.columbialegal.org/vha-class-settlement.

**What happens to my settlement payment if I am now divorced? What happens if a tenant has died?** If you were married between April 1, 2004 and April 30, 2011 and are now divorced, or if a tenant has died, your former spouse, or the deceased tenant's estate, heirs or successors, may be able to claim all or part of the settlement payment as explained in the Settlement Agreement. All settlement payments that are unclaimed will be considered abandoned property and handled in accordance with chapter 63.29 RCW.

**Who can I contact if I have questions about this notice?** If you have questions, you may contact Columbia Legal Services (Class Counsel) at the number below or email them at vha.class-settlement@columbialegal.org. The Settlement Agreement and other documents concerning this class action lawsuit are available on their website at www.columbialegal.org/vha-class-settlement.

**Questions?  Call 1-800-260-6260 ext. 153 Toll Free, or Visit www.columbialegal.org/vha-class-settlement**

# Notice of Right to Class Action Settlement Payment

*McCullumn et al. v. Vancouver Housing Authority*, No. 3:15-cv-05150-RBL

## Settlement Information Table

| [Resident Name] | Resident ID:  [Resident ID] |
|---|---|

### I.   MATERIAL FACTS USED TO CALCULATE CLAIM:

Last Occupied Unit:

Unit Id:   [Unit Id]                    Address:   [Address]

Move In: [Move In]                 Move Out: [Move Out]

Previous Units Occupied, If Any:

Unit Id:  [Unit Id]                   Address: [Address]

Move In:  [Move In]                 Move Out: [Move Out]

Unit Id:  [Unit Id]                   Address: [Address]

Move In:  [Move In]                 Move Out: [Move Out]

### II.   TOTAL CLAIM BASED ON PLAINTIFFS' THEORY OF THE CASE:   [Total Claim]

### III.   ADJUSTMENTS TO CLAIM (for all units):

| January 2010 Refund: | [Jan. 2010 Refund] |
|---|---|
| February 2010 Refund: | [Feb. 2010 Refund] |
| March 2010 Refund: | [March 2010 Refund] |
| March 2011 Setoff: | [March 2011 Setoff] |
| Total Adjustments: | [Total Adjustments] |

### IV. TOTAL CLAIM AFTER ADJUSTMENTS:  [Total Claim] – [Total Adjustments] = [Balance]

### V.  CALCULATION OF SETTLEMENT PAYMENT:

| Settlement Share (59% of Total Claim After Adjustments): | [Settlement Share] |
|---|---|
| Credit or Setoff (toward debt claimed by VHA): | [AR] |
| **Settlement Payment (if any):** | **[Payment]** |

*If you think the above information is incorrect, you can appeal.  To do so, you must complete and deliver the enclosed appeal form to VHA by **[date]**.*

Page 3 of 3

**Questions?  Call 1-800-260-6260 ext. 153 Toll Free, or Visit www.columbialegal.org/vha-class-settlement**

# Attachment 5

# Notice of Final Settlement

*McCullumn et al. v. Vancouver Housing Authority*, No. 3:15-cv-05150-RBL

On [INSERT DATE], Judge Ronald B. Leighton of the United States District Court for the Western District of Washington approved a settlement in the class action lawsuit known as *McCullumn, et al v. Vancouver Housing Authority*, No. 3:15-cv-05150-RBL.   This notice summarizes the non-monetary relief provisions of the settlement.  The settlement was reached to avoid the costs and uncertainties of litigation; it does not mean VHA violated any law or did anything wrong.

These provisions of the Settlement Agreement and Final Order and Judgment will be in effect until **[48 MONTHS FROM EFFECTIVE DATE]**.  They apply to all Public Housing owned by VHA, as well as certain "Covered Housing" units owned by VHA.  "Covered Housing" means those housing units that used to be Public Housing, but are now subsidized through project-based vouchers instead.  A list of Covered Housing is posted at VHA's main office and on its website.  Some of these provisions apply only to Public Housing units and not to Covered Housing units.

## MAJOR TERMS OF THE SETTLEMENT

### (1)     Annual Utility Allowance Review (Public Housing and Covered Housing)

VHA will annually review its utility allowances, taking into consideration any changes in applicable utility rates and the relevant factors set out in HUD regulations. VHA will adjust these utility allowances to account for utility rate changes that occurred since the last adjustment. After this review, VHA will post information on its website demonstrating that it completed the required review and what action, if any, it took as a result of the review.

### (2)     Rate Changes Between Annual Reviews (Public Housing Only)

VHA will adjust its Public Housing utility allowance if there is a rate change of more than 10% between annual reviews.  Adjustments to resident payments will be retroactive to the first day of the month following the month in which the last rate change taken into account in such revision became effective.  No notice and comment period is required for these types of changes.  There is no similar requirement for Covered Housing utility allowances.

### (3)     60-Day Notice and Comment Period (Public Housing Only)

VHA will not revise its estimate of reasonable consumption of utilities by energy-conservative households of modest circumstances without giving at least sixty (60) days' written notice to tenants and an opportunity to submit written comments during a period expiring not less than thirty (30) days before the proposed effective date of the allowances or revisions.  VHA will consider tenant comments before making a final decision as to whether or not to revise its utility consumption allowances.  All written comments are available for inspection by Class Members.

There are no similar procedures required when VHA adjusts Covered Housing utility allowances. However, Class Members residing in Covered Housing may submit comments to the VHA Board of Commissioners before it makes a final decision whether to revise the utility allowances or not.

# Notice of Final Settlement

*McCullumn et al. v. Vancouver Housing Authority*, No. 3:15-cv-05150-RBL

### (4)    Recordkeeping and Inspection (Public Housing and Covered Housing)

VHA will maintain a record that documents the basis on which utility allowances are established and revised.  VHA will permit residents and Class Members to inspect these records.

### (5)    Individual Relief (Public Housing and Covered Housing)

VHA will consider requests for individual relief from Class Members who incur utility bills in excess of the applicable utility allowance.  For tenants residing in Public Housing units, VHA may approve a higher allowance if the household can show reasonable grounds for a higher allowance.  Reasonable grounds do not include utility use that is within the resident's control.

In addition, VHA will consider requests for individual relief from tenants in its Public Housing and Covered Housing where the household incurs utility bills in excess of the applicable utility allowance because the household includes a person with disabilities.  VHA shall approve a utility allowance that is higher than the applicable allowance if a higher utility allowance is needed as a reasonable accommodation for the household member with a disability.

### (6)    Lease Provisions (Public Housing and Covered Housing)

VHA will include the following provisions in all leases or lease amendments it enters into while the settlement is in effect:

(a)    A provision stating that the utility allowances shall be determined by VHA in accordance with HUD regulations and other requirements and that the amount of the utility allowances are subject to change in accordance with HUD requirements.

(b)    A statement of what utilities, services, and equipment are supplied by VHA without additional cost, and what utilities and appliances are paid for by the tenant.

(c)    A provision specifying the amount of the tenant's utility allowance in effect when the lease or lease amendment is executed, itemized by each tenant-paid utility.

(d)    A provision advising the tenant that should he or she incur utility billings in excess of the applicable utility allowance, the tenant may seek individual relief as discussed above.  The lease shall inform the tenant of the criteria for granting and procedures for requesting such relief.

Any Class Member who is in good standing with their present lease and who asks will be given an opportunity to enter into a lease or lease addendum containing these provisions, without having to wait until his or her current lease expires or renews.

VHA will not retaliate or threaten to retaliate against any Class Member for invoking his or her rights under the Settlement Agreement or Final Order and Judgment.

# Notice of Final Settlement

*McCullumn et al. v. Vancouver Housing Authority*, No. 3:15-cv-05150-RBL

**GETTING MORE INFORMATION**

This notice is just a summary of some of the most important terms of the settlement. More details are in the Settlement Agreement and the Final Order and Judgment. You can view and download these documents from VHA's website at www.columbialegal.org/vha-class-settlement or get a copy from Class Counsel.

A tenant who believes that VHA is violating material terms of the Final Order and Judgment should contact Columbia Legal Services, which has been appointed Class Counsel. The Settlement Agreement and Final Order and Judgment have specific procedures that must be followed to enforce their terms.

You or your attorney may contact Class Counsel by phone, mail, or email or visit its website to get more information:

> Columbia Legal Services
> 711 Capitol Way S., #304, Olympia, WA 98501
> 1-800-260-6260 (toll-free) ext. 153
> 360-943-6260 ext. 153
> Email: vha.class-settlement@columbialegal.org
> Website: www.columbialegal.org/vha-class-settlement

**Please do not call the Court or the Clerk of the Court for additional information about the settlement. They cannot answer your questions or provide legal advice.**